DocuSign Envelope ID: B7DF2FA3-DB9C-4F38-963A-A1961194B850



# GOCLOUD
## TECHNOLOGIES INC

**FULL CORPORATE OFFER (FCO)**
FCO #: GT-*20201204*
Date: *2020-12-04*

**Customer Information**

TRI-STATE SURGICAL SUPPLY & EQUIP. LTD
409 Hoyt Street
Brooklyn, NY 11231, USA

We, Gocloud Technologies Inc., hereby state and represent that we confirm with full legal and corporate responsibility that we are ready, willing, and able to sell and deliver the following product, as follows:

PRODUCT: Cranberry Evolve 300 Nitrile Glove (Boxes of 300pcs/box)

QUALITY: MSDS Certificate; FDA; SGS Certificate

TOTAL QUANTITY: 120,000 Boxes (one hundred twenty thousand boxes)

DURATION: One Time Delivery

TERMS OF DELIVERY: CIF - Cost, Insurance and Freight (USA)

PRICE: 26.0 USD per box (Twenty-six U.S. dollars)

PAYMENT: 100% Escrow (via our Escrow Agent) or 100% Letter of Credit
Release of funds on arrival after custom clearance after SGS report for quantity paid by the buyer, within 6 hours after report with each arrival. The seller will only assist with Custom clearance and any cost that is involved in this process is paid by the buyer Irrevocable, Documentary, Transferable, Divisible, Revolving Letter of Credit, Issued by Buyer's Bank

INSPECTION: SGS for Quantity and Quality

SPECIFICATION:

1. All parties including consultants' fees, will be protected by the issuance of an irrevocable fee agreement and pay order by buyer and seller, including all rolls and extensions of any spa bearing the same parties, and original transaction code. The payor of the consultant's fees will be the seller. The consultant's fees will be paid the same moment that the seller is paid by a transferrable LC or a lodged payment with the seller's bank and confirmed by the seller's bank.

2. This FULL CORPORATE OFFER is for the exclusive benefit of the addressee only and supersedes any previous FCO. This FCO cannot be published or transferred.

3. This FULL CORPORATE OFFER is valid for a period of 5 (Five) days, starting with the date of signature.

| **SELLER:** | **BUYER:** |
|---|---|
| GOCLOUD TECHNOLOGIES INC. | TRI-STATE SURGICAL SUPPLY & EQUIP. LTD |
| **Company Representative (Name & Title):** | **Company Representative (Name & Title):** |
| Dr. Umashankar Das, President & CEO | Daniel Burg             I |
| Signature: | Signature: |
| Date: 04-Dec-2020 | Date: 12/5/2020 |

GOCLOUD TECHNOLOGIES INC.
1920 MCKERCHER DRIVE, SASKATOON, SK, S7J 3V9, CANADA
E-MAIL: INFO@GOCLOUDTECHNOLOGIES.CA; TEL. NO. 1-416-258-2186